# EXHIBIT A
# [Sale Procedures]

# SALE PROCEDURES

By Motion dated May __, 2009 (the "Motion"), the debtors and debtors in possession (collectively, the "Debtors"), sought approval of, among other things, the procedures through which they will determine the highest or otherwise best price for the sale (the "Sale") of any or all of all the Debtors' commercial real property leases not associated with the Crown Sale; all inventory wherever located; all furniture, fixtures, and equipment (the "FF&E") other than the FF&E associated with the Crown Sale; and all executory contracts other than personal services contracts and those to be assumed and assigned in connection with the Crown Sale (the "Purchased Assets") and procedures with respect to assumption and assignment of executory contracts and unexpired leases (the "Assumed Agreements"). On _____, 2009, the United States Bankruptcy for the District of Delaware (the "Bankruptcy Court") entered an order (the "Procedures Order") which, among other things, authorized the Debtors to determine the highest or otherwise best price for the Purchased Assets through the process and procedures set forth below (the "Sale Procedures"). Through the Sale Procedures, the Debtors will solicit bids and, in their discretion, conduct an auction of the Purchased Assets. The Debtors reserve the right to seek approval of the Sale of portions of the Purchased Assets (each a "Sales Transaction"). The Sale Procedures are without prejudice to the Debtors' right to seek approval of the engagement of one or more retail inventory liquidation professionals prior to or in connection with the Sale Procedures and Sale Hearing. The Debtors further reserve the right to waive Sale Procedures, to the extent such waiver is in the best interest of the Debtors' estates.

The Debtors have also moved for and will seek entry of an order (the "Sale Order") by the Bankruptcy Court authorizing and approving the Sale and the assumption and assignment of the Assumed Agreements to a Qualified Bidder (as defined below), which the Debtors determine to have made the highest or otherwise best offer for the Purchased Assets. The Bankruptcy Court will conduct a sale hearing on _____, 2009, at _____ (or such other date and time as may be designated) (the "Sale Hearing") at which the Debtors shall seek entry of the Sale Order.

The Sale Procedures are without prejudice to the right of any Bidder to participate in the Crown Sale and to bid for the assets that are the subject of the Crown Sale, provided that bidding for assets which are part of the Crown Sale will be governed by bid procedures as fixed by the Court in connection with the Crown Sale.

## The Bidding Process

Set forth below is the general process to be employed by the Debtors with respect to the Sale of the Purchased Assets:

(i) Any person interested in making an offer to purchase the Purchased Assets shall comply with these procedures.

(ii) Only Qualified Bids (as defined below) shall be considered by the Debtors.

(iii) Upon failure to consummate the Sale because of a breach on the part of a Successful Bidder after an order entered at the Sale Hearing (as defined below), the Debtors shall be permitted to select the next highest or otherwise best bid to be the Successful Bid and to consummate such transaction without further order of the Bankruptcy Court.

## Participation Requirements

In order to participate in the bidding process or otherwise be considered for any purpose hereunder, a person interested in the Purchased Assets (a "Potential Bidder") must first deliver the following materials to the Debtors and their counsel:

(i) An executed confidentiality agreement in form and substance satisfactory to the Debtors and their counsel; and

(ii) The most current audited and latest unaudited financial statements (collectively, the "Financials") of the Potential Bidder, or, if the Potential Bidder is an entity formed for the purpose of a Sale Transaction, (x) Financials of the equity holder(s) of the Potential Bidder or such other form of financial disclosure as is acceptable to the Debtors and their counsel and (y) the written commitment acceptable to the Debtors and their counsel of the equity holder(s) of the Potential Bidder to be responsible for the Potential Bidder's obligations in connection with a Sale Transaction. In the event that a Potential Bidder is unable to provide Financials, the Debtors may, in their discretion, accept such other information sufficient to demonstrate to the Debtors' satisfaction that such Potential Bidder has the financial wherewithal to consummate a Sale Transaction.

A "Qualified Bidder" is a Potential Bidder whose Financials or other information demonstrate, in the Debtors' discretion, the financial capability to consummate a Sale Transaction and the Bidder's financial ability to provide "adequate assurance of future performance" within the meaning of 11 U.S.C. § 365(f)(2)(B) of any executory contracts and unexpired leases to be assumed and assigned to such Bidder, should the bidder be a Successful Bidder, and which the Debtors determine, in their discretion, is reasonably likely to make a bona fide offer.

The Debtors shall determine, in consultation with their advisors, whether a Potential Bidder is a Qualified Bidder. In the event that the Debtors determine that a Potential Bidder is not a Qualified Bidder, the Debtors shall provide prompt notice thereof to the Potential Bidder.

## Obtaining Due Diligence Access

Access to the Debtors' electronic data room for the purpose of a Potential Bidder's performing due diligence shall be provided, upon reasonable request to the Debtors, at the discretion of the Debtors and within their reasonable business judgment to any Potential Bidder who executes a confidentiality agreement in form and substance satisfactory to the Debtors and their counsel. The due diligence period will end on the Bid Deadline (defined below). The

Debtors shall not be obligated to furnish any information relating to the Debtors, the Purchased Assets, and/or a Sale to any person except in their discretion.

The Debtors shall coordinate all reasonable requests for additional information and due diligence access from Potential Bidders. No conditions relating to the completion of due diligence shall be permitted to exist after the Bid Deadline (as defined below).

### Bid Deadline

**The deadline for submitting bids by a Qualified Bidder shall be 4:00 p.m. prevailing Eastern Time on that dated that is three business days prior to the Auction (the "Bid Deadline").**

Prior to the Bid Deadline, a Qualified Bidder that desires to make a bid shall deliver written copies of its bid to the following:

(i) Debtors' counsel – Pachulski Stang Ziehl & Jones LLP, Attn: Laura Davis Jones, Esq., 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801) facsimile number (302) 652-4400;

(ii) The Debtors – c/o Abacus Advisors, Attn: Alan Cohen, 10 Reuten Drive, Closter, NJ 07624;

(iii) Counsel for the Debtors' secured lenders – Riemer & Braunstein LLP, Attn: Donald E. Rothman, Esq., and Jaime R. Koff, Esq., Three Center Plaza, Boston, MA 02108, facsimile number (617) 880-3456; and

(iv) Counsel for any Official Committee of Unsecured Creditors.

### Due Diligence From Bidders

Each Qualified Bidder shall comply with all reasonable requests for additional information by the Debtors or their advisors regarding such Qualified Bidder's financial wherewithal to consummate and perform obligations in connection with the Sale. Failure by the Qualified Bidder to comply with requests for additional information may be a basis for the Debtors to determine that a bid made by the Qualified Bidder is not a Qualified Bid.

### Bid Requirements

A bid for the Purchased Assets must be a written irrevocable offer from a Qualified Bidder that (i) states that the Qualified Bidder offers to consummate a Sale Transaction pursuant to an agreement that has been marked to show modifications to the APA, including price and terms, that are being proposed by the Qualified Bidder, which terms shall not materially alter the terms of the APA, as applicable, (the "Marked APA"); (ii) confirms that the offer shall remain open until the closing of a Sale to the Successful Bidder or the Next Highest Bidder; (iii) encloses a copy of the proposed Marked APA; (iv) if for less than all of the Purchased Assets, shall designate the Purchased Assets for which the Bid is made; (v) identifies those

3

executory contracts and unexpired leases of the Debtors the Bidder wishes to have assumed by the Debtors and assigned to it and those liabilities that the Bidder intends to elect to have assumed and assigned to it (executory contracts and unexpired leases identified by the bidder may be removed from the list by mutual consent of the Debtors and the bidder); and (vi) is accompanied by a certified or bank check, wire transfer, or letter of credit reasonably acceptable to the Debtors in the amount of at least ten percent (10 %) of the purchase price bid (the "Minimum Deposit"). [1]

Any bid for the Purchased Assets must also, unless otherwise determined by the Debtors in their discretion:

(a) be on terms that are not materially more burdensome or conditional than the terms of the APA;

(b) not be conditioned on obtaining financing or the outcome of any due diligence by the bidder;

(c) not request or entitle the bidder to any break-up fee, expense reimbursement or similar type of payment;

(d) provide that the bidder can and will close the Sale Transaction by no later than June 19, 2009;

(e) cannot be conditioned on the outcome of any unperformed diligence or receipt of board, shareholder, or other corporate approval, cannot contain a financing contingency, and cannot require any break-up fee, expense reimbursement, or bid protection of any kind for the bidder;

(f) shall establish, to the Debtors' satisfaction, the bidder's financial ability to consummate the proposed transaction.

A bid received from a Qualified Bidder and that meets the requirements set forth above will be considered a "Qualified Bid" if the Debtors believe, in their discretion, that such bid would be consummated if selected as a Successful Bid (as defined below).

### Auction

An auction (the "Auction") with respect to a Sale Transaction shall take place two business days prior to the Sale Hearing at 10:00 a.m., prevailing Eastern Time at the Debtors' counsel's office at Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705, or such other place and time as the Debtors shall notify all Qualified Bidders, the Committee, and other invitees. If, however, no Qualified Bid is received by the Bid Deadline, then the Debtors may determine, in their discretion, that the Auction will not be held.

---

[1] The Debtors reserve the right in their sole discretion to consider and alternative minimum deposit.

Only a Qualified Bidder who has submitted a Qualified Bid will be eligible to participate at the Auction. Only the authorized representatives of each of the Qualified Bidders, the Committee, and the Debtors shall be permitted to attend the Auction. At the Auction, Qualified Bidders will be permitted to increase their bids.

The bidding at the Auction shall start at the purchase price stated in the highest or otherwise best Qualified Bid as disclosed to all Qualified Bidders prior to commencement of the Auction (the "Starting Qualified Bid"), and then continue in increments to be determined by the Debtors in their discretion.

The Debtors, in their discretion, may adopt rules for the Auction at or prior to the Auction that, in their discretion, will better promote the goals of the Auction and that are not inconsistent with any of the provisions of the Procedures Order. All such rules will provide that all bids shall be made and received in one room, on an open basis, and all other bidders shall be entitled to be present for all bidding with the understanding that the true identity of each bidder (i.e., the principals submitting each bid) shall be fully disclosed to all other bidders and that all material terms of each Qualified Bid will be fully disclosed to all other bidders throughout the entire Auction.

Immediately prior to concluding the Auction, the Debtors, in consultation with their secured lenders, shall (i) review each Qualified Bid; (ii) determine and identify in the exercise of their reasonable discretion the highest or otherwise best Qualified Bid (the "Successful Bid") and the next highest or otherwise best offer after the Successful Bid (the "Next Highest Bid"); and (iii) have the right to reject any and all bids. Immediately upon selection of the Successful Bid, if the Minimum Deposit does not equal ten percent (10%) of the purchase price in the case of a bid(s) for less than all of the Purchased Assets, the Successful Bidder(s) shall provide the Debtors with immediately available funds so that the Minimum Deposit is equal to ten percent (10%) of the purchase price in the case of a bid(s) for less than all of the Purchased Assets. The Auction may be adjourned as the Debtors deem appropriate. Reasonable notice of the time and place for the resumption of the Auction will be given to all Qualified Bidders, the Committee, and other invited parties. The Debtors reserve the right to waive Sale Procedures, in their discretion, to the extent such waiver is in the best interest of the Debtors' estates.

### Acceptance of the Successful Bid

The Debtors will present the results of the Auction to the Bankruptcy Court at the Sale Hearing, at which certain findings will be sought from the Bankruptcy Court regarding the Auction, including, among other things, that (i) the Auction was conducted and the Successful Bidder(s) was selected in accordance with these Sale Procedures, (ii) the Auction was fair in substance and procedure, and (iii) consummation of the Sale Transaction contemplated by the Successful Bid will provide the highest or best value for the Servicing Business and is in the best interests of the Debtors and their estates.

In the event that, for any reason, a Successful Bidder fails to close the Sale transaction contemplated by its Successful Bid, then, without notice to any other party or further court order, the Debtors shall be authorized to close with the Qualified Bidder that submitted the Next Highest Bid.

### Return of Minimum Deposit

Except as otherwise provided in this paragraph with respect to any Successful Bidder and any Next Highest Bidder, the Minimum Deposits of all Qualified Bidders required to submit such a deposit under the Sale Procedures shall be returned upon or within one business day after Closing of the Sale. The Minimum Deposit of a Successful Bidder shall be held until the closing of the Sale and applied in accordance with the Successful Bid. The Minimum Deposit of the Next Highest Bidder shall be returned upon or within one business day after closing of the Sale to the Successful Bidder. In the event the Debtors proceed to closing with the Next Highest Bidder, the Minimum Deposit of the Next Highest Bidder shall be held until the closing of the Sale with the Next Highest Bidder and applied in accordance with the Next Highest Bid. If a closing does not occur by June 19, 2009, the disposition of Minimum Deposits shall be as provided in the relevant bids.

### As Is, Where Is

The Sale of the Purchased Assets shall be on an "as is, where is" basis and without representations or warranties of any kind, nature, or description by the Debtors, their agents, or their estates except to the extent set forth in the APA. Each Qualified Bidder shall be deemed to acknowledge and represent that each has had an opportunity to conduct any and all due diligence regarding the Purchased Assets prior to making its offer, that it has relied solely upon its own independent review, investigation, and/or inspection of any documents and/or the Purchased Assets in making its Bid, and that it did not rely upon any written or oral statements, representations, promises, warranties or guaranties whatsoever, whether express, implied, by operation of law or otherwise, regarding the Purchased Assets, or the completeness of any information provided in connection therewith or the Auction, except as expressly stated in the Bid Procedures or the terms of the sale of the Purchased Assets that shall be set forth in the final APA.