# EXHIBIT B
# [Purchased Assets]

# Purchased Assets:

1. Any or all of all the Debtors' commercial real property leases not associated with the Crown Sale, and specifically:

**Lease Name: 51200**                              **Location: Rockville, MD**
Address: 11840 Rockville Pike
Rockville, MD 20852

Company Name: Federal Realty - Mid Pike Plaza

Address: 1626 E Jefferson Street
Rockville,
MD
20852-4041

**Lease Name: 51600**                              **Location: Watertown**
Address: Arsenal Mall, 485 Arsenal St.
Watertown, MA 02472

Company Name: Simon Property Group

Address: 225 West Washington Street
Indianapolis, IN
USA, 46204

**Lease Name: 51900**                              **Location: Northshore Mall**
Address: N. Shore Mall, Rtes 114 & 128
Peabody, MA 01960

Company Name: Simon Property Group

Address: 225 West Washintgon Street
Indianapolis, IN
USA, 46204

**Lease Name: 52500**                              **Location: Cape Town Plaza**
Address: 768 Iyanough Rd - Cape Town Plaza
Hyannis, MA 02601

Company Name: Purity Supreme Inc (Subsidiary of Stop & Shop)

Address: PO Box 55888
Boston, MA
02205-5888

**Lease Name: 55700**                              **Location: Braintree**
Address: 250 Granite St. - South Shore Plaza
Braintree, MA 02184

Company Name: Simon Property Group

Address: 225 West Washintgon Street
Indianapolis, IN
USA, 46204

| Lease Name: 56000 | Location: Jersey Gardens |
|---|---|

Address: Jersey Gardens Mall
651 Kapkowski Road
Elizabeth, NJ 07201

Company Name: JG Elizabeth, LLC

Address: c/o Glimcher Properties LP
150 East Gay Street
Columbus, OH
43215

| Lease Name: 56100 | Location: Paramus, NJ |
|---|---|

Address: Bergen Mall
200B Bergen Town Center
New Jersey Route 4
Paramus, NJ 07652

Company Name: Vornado Bergen Mall, LLC

Address: 210 Route 4 East
Paramus,
NJ
07652

| Lease Name: 59100 | Location: Saugus |
|---|---|

Address: Square One Mall - Route 1
Saugus, MA 01906

Company Name: Simon Property Group

Address: 225 West Washintgon Street
Indianapolis, IN
USA, 46204

| Lease Name: 59500 | Location: Lockwood Place |
|---|---|

Address: Inner Harbor / Lockwood Place
600 E. Pratt Street
Baltimore, MD 21202

Company Name: Lockwood Retail, LLC

Address: c/o Davis D. Brown Enterprises
100 Painters Mill Road, Suite 900
Owings Mills, MD
21117

**Lease Name: 00200**  **Location: Landover Storage Facility**
**Address:**

**Company Name: Rock Creek 3700 Ironwood LLC**

**Address:** c/o Realty Management Company
3 Bethesda Metro Center,
Suite 600
Bethesda, MD
20814

**Lease Name: 21173**  **Location: Filenes Warehouse**
**Address:** 26 Millbury St.
Auburn, MA 01501

**Company Name: Quest 28 Millbury Street, LLC**

**Address:** Quest 28 Millbury LLC
670 White Plains Road
Suite 305
Scarsdale, NY 10583

**Lease Name: 21371b**  **Location: New Boston Buying Office**
**Address:** 500 Burlington Centre
25 Corporate Drive – Suite 400
Burlington, MA  01803

**Company Name: Corporate Drive Corporation**

**Address:** **Riggs Bank NA as Trustee of M E P T**
808 - 17th Street NW
Washington, DC
20006-3944

    2.    All inventory wherever located.

    3.    All furniture, fixtures, and equipment (the "FF&E") other than the FF&E associated with the Crown Sale.

    4.    All executory contracts other than personal services contracts and those to be assumed and assigned in connection with the Crown Sale.