# EXHIBIT D

Notice of Auction and Sale Hearing

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FILENE'S BASEMENT, INC., et al.,[1] | ) | Case No. 09-11525 (MFW) |
| | ) | |
| Debtors. | ) | |

Bid Deadline: _____, 2009, at _____.m. E.T.
Auction: _____, 2009, at _____.m. E.T.
Deadline to Object to Sale Motion: _____, 2009, at _____.m. E.T.
Sale Hearing: _____, 2009, at _____.m. E.T.

## NOTICE OF SALE PROCEDURES, AUCTION DATE, AND SALE HEARING

PLEASE BE ADVISED that on _____, 2009, the debtors and debtors in possession (herein the "Debtors") filed the Motion of the Debtors for an Order (A) Approving Sale Procedures Relating to Sale of Assets Not Included in the Sale to Crown FB Acquisition LLC, (B) Approving Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m), (C) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365, and (E) Granting Related Relief (the "Motion").[2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Filene's Basement, Inc. (8237); FB Services LLC (7224); and FB Leasing Services LLC (7228). The address for all Debtors is 25 Corporate Drive, Burlington, MA 01803.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

PLEASE BE FURTHER ADVISED that the procedures attached hereto as Exhibit A (the "Sale Procedures") shall govern the bidding process and the sale at any auction (the "Auction") of the assets of the Debtors as described in the Motion and the Exhibits thereto (the "Purchased Assets"). Any party in interest that wishes to receive a copy of the Motion or the Procedures Order (as defined below) shall make such request in writing to Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones. These Sale Procedures have been approved and authorized by an order signed by the Honorable Mary F. Walrath, United States Bankruptcy Judge, at a hearing on _____, 2009 (the "Procedures Order") in the chapter 11 case of the Debtors, which case was commenced on May 4, 2009.

PLEASE BE FURTHER ADVISED that this Notice provides a summary of the Sale Procedures approved in the Procedures Order. In the event of any inconsistency or conflict between this Notice and the Procedures Order, the Procedures Order shall control. The Sale Procedures are without prejudice to the right of any Bidder to participate in the Crown Sale and to bid for the assets that are the subject of the Crown Sale, provided that bidding for assets which are part of the Crown Sale will be governed by bid procedures as fixed by the Court in connection with the Crown Sale.

### Summary of Sale Procedures

**Purchased Assets**: The assets being sold by the Debtors are all commercial real property leases not associated with the Crown Sale; all inventory wherever located; all furniture, fixtures, and equipment (the "FF&E") other than the FF&E associated with the Crown Sale; and all executory contracts other than personal service agreements and other than those to be assumed and assigned in connection with the Crown Sale (the "Purchased Assets").

**Bid Deadline**: The deadline for submitting bids by a Qualified Bidder (as defined in the Procedures Order) is _____, 2009, at _____ Eastern Time.

**Deposit**: The bid must specifically designate the Purchased Assets for with the bid is made. A deposit is required of the greater of ten percent (10%) of the purchase price bid or $25,000. The Deposit will be held and applied to the Purchase price or as damages on default, or returned, in accordance with the Procedures Order.

**Closing**: Closing shall take place as soon as practicable after entry of the Sale Order, but no later than June 19, 2009.

**Qualified Bid**: A Qualified Bid must be made using the form of asset purchase agreement (the "APA") prepared in connection with the sale of the Purchased Assets. Any party desiring a copy of the APA may make a request in writing to Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones.

**Auction**: The Auction will be held on _____, 2009, at 10:00 a.m. prevailing Eastern time at the offices of Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705. At the Auction, the minimum starting bid shall be the amount that is the highest Bid submitted or such amount as the Debtors will determine in their discretion. Each subsequent overbid shall be in the amount determined by the Debtors in their discretion. The Debtors reserve the right to reject any bid and to declare at the conclusion of the Auction that no acceptable bids were submitted and to proceed to a hearing on the Sale.

**Conclusion of Auction**: At the conclusion of the Auction, the Debtors will announce their determination as to the highest or otherwise best bid(s) for all or any portion of the Purchased Assets by the bidder(s) who will become the "Successful Bidder(s)"; provided, however, that the Debtors may in their discretion, determine which bid or combination of bids, if any, in the aggregate constitute the highest or otherwise best offer at the Auction and, thus, the Successful Bid(s). Formal acceptance of a winning bid, if any, will not occur unless and until the Bankruptcy Court enters an order approving the winning bid and authorizing the Debtors to consummate the Sale following the conclusion of the Sale Hearing.

PLEASE BE FURTHER ADVISED that objections to the proposed Sale as requested by the Motion shall be set forth in writing and shall specify with particularity the grounds for such objections or other statements of position and shall be filed with the

Bankruptcy Court by not later than _____, 2009, at 4:00 p.m. Eastern standard time, and shall be served so as to be received by that same date and time on (i) Debtors' counsel – Pachulski Stang Ziehl & Jones LLP, Attn: Laura Davis Jones, Esq., 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801) facsimile number (302) 652-4400; (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801, Attn: Jane Leamy, Esquire; and (iii) counsel to the Official Committee of Unsecured Creditors _____.

PLEASE BE FURTHER ADVISED that an evidentiary hearing (the "Sale Hearing") on the relief requested in the Motion with respect to the Sale (among other things, to confirm the results of any Auction and approve the Sale of the Purchased Assets to the Successful Bidder(s) (as defined in the attached Sale Procedures)) will be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, on _____, 2009, at \_\_\_\_ \_\_.m. (prevailing Eastern time) or as such time thereafter as counsel may be heard. The sale of the Purchased Assets will be subject to the entry of an order of the Bankruptcy Court approving the Sale.

4

28189-001\DOCS_DE:147743.3

PLEASE BE FURTHER ADVISED that all requests for information concerning information on the Sale Procedures, the proposed sale of the Purchased Assets or the Motion should be directed in writing to Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn. Laura Davis Jones, Esquire.

Dated: May ___, 2009

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Michael R. Seidl (Bar No. 3889)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
mseidl@pszjlaw.com
jfried@pszjlaw.com
tcairns@pszjlaw.com

[Proposed] Counsel to Debtors and Debtors in Possession