# EXHIBIT E

## Cure Notice

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FILENE'S BASEMENT, INC., et al.,[1] | ) | Case No. 09-11525 (MFW) |
| | ) | |
| Debtors. | ) | |

Deadline for Submitting Bids: _____, 2009, at \_\_\_\_ p.m.
Auction Date: _____, 2009, at \_\_\_\_ p.m.
Deadline for Objections to Cure Costs: _____, 2009, at \_\_\_\_ p.m.
Deadline for Objections to Approval of Sale: _____, 2009, at 4:00 p.m.
Hearing Date on Approval of Sale: _____, 2009, at \_\_\_\_ p.m.

**NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED**

PLEASE TAKE NOTICE that on May 4, 2009 (the "Petition Date"), the captioned debtors and debtors in possession in the above entitled cases (the "Debtors") commenced their respective chapter 11 cases. On May 4, 2009, the Debtors filed their Motion of the Debtors for an Order (A) Approving Sale Procedures Relating to Sale of Assets Not Included in the Sale to Crown FB Acquisition LLC, (B) Approving Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m), (C) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) Authorizing the Assumption and Assignment of Executory Contracts and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Filene's Basement, Inc. (8237); FB Services LLC (7224); and FB Leasing Services LLC (7228). The address for all Debtors is 25 Corporate Drive, Burlington, MA 01803.

Unexpired Leases Pursuant to 11 U.S.C. § 365, and (E) Granting Related Relief (the "Non-Crown Sale and Procedures Motion")[2] in which they seek, *inter alia*, the approval of the United States Bankruptcy Court of the sale of certain assets of the Debtors, including the assumption and assignment of various executory contracts and unexpired leases (the "Assumed Agreements") to the successful purchaser of the Debtors' assets at any auction (the "Auction"), free and clear of liens, claims, encumbrances and other interests.

PLEASE TAKE FURTHER NOTICE that the hearing on sale and the assumption and assignment of the Assumed Agreements pursuant to the Non-Crown Sale and Procedures Motion has been set for_____, 2009, at ____ p.m. before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, located at 824 Market Street, Fifth Floor, Courtroom No. 4, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that the amount shown on Exhibit A attached to this Notice as the "Cure Costs" for the Assumed Agreement listed on Exhibit A is the amount, based upon the Debtors' books and records, the Debtors assert is owed to cure any defaults existing under the Assumed Agreement as of the Petition Date.

PLEASE TAKE FURTHER NOTICE that the Debtors will deliver a copy of the Non-Crown Sale and Procedures Motion and/or the Procedures Order to you by facsimile, email, or overnight delivery if you fax a written request for such delivery to Laura Davis Jones, Esquire, at Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington,

---

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Non-Crown Sale and Procedure Motion.

Delaware 19801, facsimile number 302-652-4400 or request a copy by email to ljones@pszjlaw.com. Such request must specify how the information is to be transmitted.

PLEASE TAKE FURTHER NOTICE that if you disagree with the Cure Costs shown for the Assumed Agreement on Exhibit A, you must file an objection in writing with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Wilmington, Delaware 19801, on or before 4:00 p.m. Eastern time on _____, 2009. In addition, any objection must set forth the specific default or defaults alleged and set forth any Cure Costs as alleged by you.

PLEASE TAKE FURTHER NOTICE that if you have any other objection to the assumption and assignment of the Assumed Agreement to which you are a party, or to a successful bidder at any Auction, or to any of the other relief requested, you also must file that objection in the manner and by the date and time stated above.

PLEASE TAKE FURTHER NOTICE that any objection so filed must be served so as to be received by that same date and time upon the following parties: (i) proposed counsel for the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esq.; (ii) the Office of the United States Trustee, United States Trustee's Office, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Jane Leamy, Esq.; and (iii) counsel for any official committee of unsecured creditors appointed in these cases.

PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION AS STATED ABOVE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE NON-CROWN SALE AND PROCEDURES MOTION WITH

NO FURTHER NOTICE. ANY NON-DEBTOR PARTY TO ANY ASSUMED AGREEMENT WHO DOES NOT FILE A TIMELY OBJECTION TO THE CURE COSTS FOR SUCH ASSUMED AGREEMENT IS DEEMED TO HAVE CONSENTED TO SUCH CURE COSTS.

Dated: May ___, 2009

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Michael R. Seidl (Bar No. 3889)
Joshua M. Fried (CA Bar No. 181541)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:   ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          mseidl@pszjlaw.com
          jfried@pszjlaw.com
          tcairns@pszjlaw.com

[Proposed] Counsel to Debtors and Debtors in Possession