# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FILENE'S BASEMENT INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-11525 (MFW)<br>(Jointly Administered)<br><br>Hearing Date: June 10, 2009 at 10:30 a.m. ET<br>Objection Deadline: June 3, 2009 at 4:00 p.m. ET<br>Related to Docket No. 25 and 158 |

## OBJECTION OF 201 NEEDHAM STREET LLC TO
## DEBTOR'S PROPOSED CURE AMOUNT

201 Needham Street LLC (the "Landlord"), by and through its undersigned counsel, hereby objects to the cure amount proposed in the Notice to Counterparties to Executory Contracts and Unexpired Leases that May Be Assumed and Assigned Regarding Debtors' Proposed Sale of Certain Assets [Docket # 158] (the "Cure Notice") pursuant to the Debtors' Motion for an Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain of Their Assets Outside the Ordinary Course of Business to Crown FB LLC or a Higher and Better Bidder; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Docket #25] (the "Motion"), and respectfully represents as follows:

1. Filene's Basement, Inc. and its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Filene's Basement, Inc. (8237); FB Services LLC (7224); and FB Leasing Services LLC (7228). The Address for all Debtors is 25 Corporate Drive, Suite 400, Burlington, MA 01803.

"Bankruptcy Code") on May 4, 2009. The Debtors have continued to operate their businesses and manage their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

2. The Landlord is the owner of the real estate and improvements situated thereon, located at 201 Needham Street, Newton, Massachusetts (the "Premises"). Pursuant to an unexpired lease of nonresidential real property dated October 31, 1996 (the "Needham Street Lease," attached as Exhibit A), the Debtor Filene's Basement, Inc. is the sole tenant of Landlord occupying the Premises. The Landlord is the successor in interest to Judith A. Spinelli, the original landlord under the Needham Street Lease.

3. On May 4, 2009, the Debtors filed the Motion. Through the Motion, the Debtors request, *inter alia*, authority to assume and assign certain of their leases, including the Needham Street Lease, to Crown FB LLC, or such person or entity that submits a higher and better offer for the Debtors' assets (the "Buyer"). In addition, the Debtors seek to establish amounts required to cure defaults arising under the leases to be assigned, including the Needham Street Lease.

4. The Debtors are in default under the Needham Street Lease. As acknowledged by the Motion, the Debtors are, in connection with the proposed sale of assets and assignment of leases, obligated to cure all defaults under the Needham Street Lease and compensate the Landlord for its actual pecuniary losses as a result of defaults under the Needham Street Lease. See 11 U.S.C. § 365(b)(1)(A) & (B).

5. On May 20, 2009, the Debtors filed the Cure Notice.

6. In the Cure Notice, the Debtors propose that the amount necessary to cure defaults under the Needham Street Lease is $0.00.

7. The Debtors' proposed cure does not accurately reflect the amount owing under the Needham Street Lease.

8. In addition, the Landlord is entitled, under § 365(b)(1) of the Bankruptcy Code, to recover its attorneys' fees, costs, and interest as a result of having been compelled to take legal action to protect its interests. The Debtors' proposed cure amounts fail to provide for the recovery of such charges.

9. The Landlord states that the correct cure amount is $39,775.93, based on the following:

- Real estate taxes for the period 4/1/09-6/30/09:     $29,810.93;
- Landscaping charges for the period 1/1/09-5/31/09:     $ 2,165.00;
- Attorney's fees for Patrick Moynihan & Associates LLC:     $ 2,000.00; (prepetition collection charges; estimated)
- Attorneys' fees for Fellman Law Group PC :     $ 1,000.00; and (prepetition collection charges; estimated)
- Attorneys' fees for Cohn Whitesell & Goldberg LLP     $ 4,800.00.

10. In the event that the Needham Street Lease is not assigned to the Buyer pursuant to the Motion, all rights and remedies of the Landlord thereunder are hereby reserved.

WHEREFORE, the Landlord requests the entry of an order (i) establishing that the cure amount for the Needham Street Lease is $39,775.93, and (ii) providing for such additional relief as the Court deems appropriate.

Dated: June 3, 2009  
Wilmington, Delaware

Respectfully submitted,

/s/ Leslie C. Heilman  
Leslie C. Heilman, Esquire (No. 4716)  
BALLARD SPAHR ANDREWS & INGERSOLL, LLP  
919 N. Market Street, 12th Floor  
Wilmington, DE 19801  
Telephone: (302) 252-4465  
Facsimile: (302) 252-4466  
Email: heilmanl@ballardspahr.com

- and -

Michael J. Goldberg, Esquire
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone: 617/951-2505
Facsimile: 617/951-0679
Email: goldberg@cwg11.com

Counsel to 201 Needham Street, LLC