# CERTIFICATE OF SERVICE

I, Leslie C. Heilman, Esquire, hereby certify that on this 3rd day of June, 2009, I caused a true and correct copy of the foregoing Objection of 201 Needham Street LLC to the Debtor's Proposed Cure Amount, to be served on the addressees listed on the attached service list in the manner indicated.

Dated: June 3, 2009
Wilmington, Delaware

/s/ Leslie C. Heilman
Leslie C. Heilman, Esquire (No. 4716)

## SERVICE LIST

## VIA HAND DELIVERY

Laura Davis Jones, Esquire
Michael R. Seidl, Esquire
Mark M. Billion, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
(Counsel for the Debtors)

Eric D. Schwartz, Esquire
Matthew B. Harvey, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19801
(Counsel for the Official Committee of Unsecured Creditors)

Jane Leamy, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

## VIA FIRST CLASS MAIL

Alan Cohen
Filene's Basement, Inc.
c/o Abacus Advisors
10 Reuten Drive
Closter, NJ 07624

David M. Bertenthal, Esquire
Joshua M. Fried, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
(Counsel for the Debtors)

Lawrence Gottlieb, Esquire
Cathy Hershcopf, Esquire
Cooley Godward Kronish LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798
(Counsel for the Official Committee of Unsecured Creditors)

Morris Missry
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022
(Counsel for the Purchaser)