# EXHIBIT B
# [ASSUMED CONTRACTS]

## Assumed Leases

**STORES**

### Florida

- **Aventura**
  17651 Biscayne Boulevard
  Aventura, FL 33160

### Illinois

- **Chicago - Mag Mile**
  830 N. Michigan Avenue
  Chicago, IL 60611

- **Chicago - Loop**
  1 North State Street
  Chicago, IL 60602

### Maryland

- **Rockville**
  11840 Rockville Pike
  Rockville, MD 20852

- **Inner Harbor/Lockwood**
  600 E. Pratt Street
  Baltimore, MD 21202

### Massachusetts

- **Boston - Back Bay**
  497 Boylston Street
  Boston, MA 02116

- **Newton**
  215-227 Needham Street
  Newton, MA 02464

  201 Needham Street
  Newton, MA 02464

- **Arsenal/Watertown**
  Arsenal Mall, 485 Arsenal St.
  Watertown, MA 02472

- **North Shore**
  N. Shore Mall, Rtes 114 & 128
  Peabody, MA 01960

- **Braintree**
  250 Granite St. - South Shore Plaza
  Braintree, MA 02184

- **Saugus**
  Square One Mall - Route 1
  Saugus, MA 01906

**New York**

- **Manhattan - Chelsea**
  620 Ave. of the Americas
  New York, NY 10011

- **Manhattan - Union Square**
  4 Union Square South
  40 East 14th St.
  New York, NY 10003

- **Fresh Meadows**
  187-04 Horace Harding Exp.
  Flushing, NY 11365

- **Manhasset**
  1400 Northern Boulevard
  Manhasset, NY 11030

- **Manhattan - Upper West Side**
  2222 Broadway
  New York, NY 10024

**Ohio**

- **Columbus**
  3704 West Dublin
  Granville Road
  Columbus, OH 43235

- **Warrensville Heights**
  Harvard Park Shopping Center
  4045 Richmond Road
  Warrensville Heights, OH 44122

**Washington DC**

- **Shops at National Press**
  529 14th Street NW (at F. St)
  Washington, DC 20045

- **Chevy Chase**
  Mazza Gallerie
  5300 Wisconsin Ave.
  Washington, DC 20015

- **Connecticut Avenue**
  1133 Connecticut Ave.
  Washington, DC 20036

**Atlanta, Georgia**

- **Lenox**
  3535 Peachtree Road
  Atlanta, Georgia 30326

**New Jersey**

- **Paramus**
  Bergen Mall
  200B Bergen Town Center
  Route 4
  Paramus, New Jersey 07652

## ADDITIONAL LEASES

- Lease between Filene's Basement Inc. and 426 Washington Street Owner LLC for the property located at 426 Washington Street Boston, MA also described as Agreement of Lease, dated as of April 30, 1988, as amended, between The May Department Stores Company, a New York corporation, and Federated Department Stores, Inc., a Delaware corporation, for the property located at 426 Washington Street, Boston, Massachusetts.

- Lease between Filene's Basement Inc. and Quest 28 Millbury LLC for the distribution center located at 26 Millbury St., Auburn, MA 01501.

## Assumed Contracts

FILENE'S BASEMENT License Agreement dated as of April 30, 1988, between The May Department Stores Company and Federated Department Stores, Inc., as subsequently assigned.

Sub-License Agreement dated as of January 23, 2008 between Retail Ventures Licensing, Inc. and Filene's Basement, Inc. for various trademarks.

Software Support Agreement between JDA Software, Inc. and Filene's Basement, Inc., dated December 23, 1997, as amended.

Direct End-User Annual Software Support between ADI Time and Filene's Basement, Inc., dated April 1, 2005 and Annual Software Support Contract between ADI Time and Retail Ventures Services, Inc., dated April 1, 2008.

Annual Standard Software Support Agreement between Jove, LLC (ADI) and Filene's Basement, Inc., dated April 2005.

Technical Software Support Agreement between ADI Associated Data, Inc. and Filene's Basement, Inc., dated July 1, 1993.

## Assumed Contracts

FILENE'S BASEMENT License Agreement dated as of April 30, 1988, between The May Department Stores Company and Federated Department Stores, Inc., as subsequently assigned.

Sub-License Agreement dated as of January 23, 2008 between Retail Ventures Licensing, Inc. and Filene's Basement, Inc. for various trademarks.

Software Support Agreement between JDA Software, Inc. and Filene's Basement, Inc., dated December 23, 1997, as amended.

Direct End-User Annual Software Support between ADI Time and Filene's Basement, Inc., dated April 1, 2005 and Annual Software Support Contract between ADI Time and Retail Ventures Services, Inc., dated April 1, 2008.

Annual Standard Software Support Agreement between Jove, LLC (ADI) and Filene's Basement, Inc., dated April 2005.

Technical Software Support Agreement between ADI Associated Data, Inc. and Filene's Basement, Inc., dated July 1, 1993.

Supply Agreement (Combo Stores), effective January 30, 2005, between DSW Inc. and Filene's Basement, Inc. for the sale of shoes, exhibit amended August 16, 2005.

Supply Agreement, effective January 30, 2005, between DSW Inc. and Filene's Basement, Inc. for the sale of shoes, exhibit amended August 16, 2005.

License Agreement, dated June 1, 2000, between Filene's Basement, Inc. and Model Imperial, Inc. for sale of cosmetics, fragrances, and hair care products.

First Amendment to License Agreement between Filene's Basement, Inc. f/k/a Base Acquisition Corp., Scents of Worth, Inc. f/k/a Model Imperial, Inc., and Quality King Distributors, Inc., dated May 2, 2006. *Note: Although the term of the Amendment has expired and there have been no subsequent Amendments memorialized; all parties continue to recognize and abide by the terms of the referenced License Agreements.*

Licensed Department Agreement between Ultra Stores, Inc. and Filene's Basement, Inc. to operate retail fine jewelry departments, dated November 13, 2007 including the Agreement regarding Revolving Credit facility of Ultra Stores, Inc. dated November 13, 2007, between Ultra Stores, Inc., as Borrower, LaSalle Business Credit, LLC, Crystal Capital Fund Management, L.P. and Filene's Basement, Inc., as Licensor.

License Agreement between Filene's Basement, Inc. and BC International Group, Inc. to participate in the 11 Store Closing Event, dated February 1, 2009.