IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FB Liquidating Estate,[1] | ) | Case No. 09-11525 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No. 418** |

## ORDER (A) FIXING THE PROCEDURES AND DEADLINES TO FILE PROOFS OF CLAIM, (B) APPROVING THE FORM AND MANNER OF NOTICE OF BAR DATES, AND (C) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors"), seeking the entry of an order, pursuant to sections 501, 502(b)(9) and 503 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002 (a)(7) and 3003 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the corresponding Local Rules (A) establishing the deadline for filing Claims pursuant to Rule 3003-1 of Bankruptcy Rules, (B) approving the form and manner of the proposed notice thereof, as set forth in Exhibits I and Exhibit II to the Motion, pursuant to Bankruptcy Rule 2002(a)(7) and Del. Bankr. L.R. 2002-1(e), and (C) granting related relief; and it appearing that the relief sought in the Motion is appropriate and necessary in order for the Debtors to determine the nature, scope

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Filene's Basement, Inc. (8237); FB Services LLC (7224); and FB Leasing Services LLC (7228). The address for all Debtors is 25 Corporate Drive, Suite 400, Burlington, MA 01803.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

and classification of all claims, and that such relief is in the best interests of the Debtors and their estates; and sufficient cause appearing therefore, and upon due deliberation given, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that:

    a.    The date falling sixty (60) days after service of the Bar Date Notice shall be the Prepetition Claims Bar Date, the Administrative Claims Bar Date, and the WARN Act Claims Bar Date;

    b.    November 2, 2009 shall be the Governmental Unit Bar Date; and

    c.    The later of (i) thirty (30) days after the date of entry of an order authorizing the rejection of such contract or lease or (ii) the date falling sixty (60) days after service of the Bar Date Notice shall be the Rejection Claims Bar Date.

ORDERED that Claims must be received no later than 4:00 p.m. prevailing Eastern time on the relevant Bar Date at the relevant address listed below:

<u>If by First-Class Mail</u>:
Filene's Basement, Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5012
New York, NY 10150-5012

<u>If by Hand Delivery or Overnight Mail</u>:
Filene's Basement, Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

ORDERED that any proof of Claim required to be filed pursuant to the provisions of this Order that is not filed on or before the relevant Bar Date shall be barred from assertion against the Debtors, the Debtors' estates and any successor to the Debtors under a confirmed plan of reorganization and/or liquidation or structured dismissal or otherwise (the "Plan"), and the holder of such Claim shall be barred and prohibited from voting on any Plan filed in these

chapter 11 cases or participating in any distribution in these cases including, but not limited to, any distribution under a confirmed Plan; and it is further

ORDERED that in accordance with Bankruptcy Rule 2002, the Debtors are to cause notice of the Bar Dates, in a form substantially of that annexed to the Motion as <u>Exhibit I</u> to be given by first class mail, postage prepaid, by no later than five (5) business days after the entry of this Order, upon (i) all known creditors; (ii) all parties on the service list described in Local Rule 2002-1(c), (iii) all equity security holders, (iv) indenture trustees, (v) the United States Trustee and (vi) all taxing authorities for the jurisdictions in which the debtor does business; and it is further

ORDERED that the notice in substantially the form attached to the Motion as <u>Exhibit II</u> shall be published in a weekday edition of U.S.A. Today within one week after the entry of this Order; and it is further

ORDERED that each proof of claim must substantially comply with Official Bankruptcy Form B10, attached to the Notice as <u>Exhibit A</u>. In addition, each proof of claim filed must: (i) be written in the English language; (ii) be denominated in lawful currency of the United States as of the Petition Date; and (iii) attach copies of any writings upon which the claim is based in accordance with Bankruptcy Rules 3001(c) and 3001(d); and it is further

ORDERED that all proofs of claim must be originally executed. Proofs of claim sent by facsimile, telecopy, or e-mail will not be accepted, and it is further

ORDERED that the Excepted Claims and are not required to be filed on or before the Bar Dates set out above unless otherwise ordered by this Court; and it is further

ORDERED that this Court shall retain jurisdiction to interpret, implement and enforce the terms and provisions of this Order.

Dated: July  19 , 2009

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge