IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FB Liquidating Estate,[1] | ) | Case No. 09-11525 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No. 524** |

## AFFIDAVIT OF SERVICE

Monica Molitor, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Debtors in the above-captioned action, and that on the 21st day of July, 2009, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

*Order (A) Fixing the Procedures and Deadlines to File Proofs of Claim, (B) Approving the Form and Manner of Notice of Bar Dates, and (C) Granting Related Relief*

_____
Monica Molitor

SWORN TO AND SUBSCRIBED
by me on this 21st day of July 2009.

_____
Notary Public
My Commission Expires:

DEBRA L. YOUNG
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 18, 2011

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: FB Liquidating Estate (8237); FB Services LLC (7224); and FB Leasing Services LLC (7228). The address for all Debtors is 25 Corporate Drive, Suite 400, Burlington, MA 01803.

Filene's Basement, Inc. **2002 Service List**
Case No. 09-11525 (MFW)
Document No. 147765
18 – Hand Delivery
01 – Interoffice Delivery (SF)
78 – First Class Mail

(Counsel to Debtors)
Laura Davis Jones, Esquire
Michael R. Seidl, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19801

**Interoffice Pouch (SF Office)**
(Counsel to Debtors)
David M. Bertenthal, Esquire
Joshua M. Fried, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

**Hand Delivery**
(United States Trustee)
Jane Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Blank Aschkenasy Properties, Inc.)
Michael W. Yurkewicz, Esquire
Klehr Harrison Harvey Bransburg & Eller, LLP
919 North Market Street, Suite 1000
Wilmington, DE 19801

**Hand Delivery**
(Counsel for DSW, Inc)
William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Inland Commercial Property Management, Inc.)
Karen C. Bifferato, Esquire
Christina M. Thompson, Esquire
Kelly M. Conlan, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Lockwood Retail, LLC)
Karen McKinley, Esquire
Patrick J. Reilley, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Connecticut/DeSales Partnership)
Thomas G. Macauley, Esquire
Zuckerman Spaeder LLP
919 N. Market Street, Suite 990
Wilmington, DE 19899

**Hand Delivery**
(Counsel for Talisman Towson Limited
Partnership and Manhasset Venture, LLC)
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder,
P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
(Counsel for 620 Owner One LLC)
Daniel K. Astin, Esquire
Carl D. Neff, Esquire
Ciardi Ciardi & Astin
919 Market Street, Suite 700
Wilmington, DE 19803

**Hand Delivery**
(Counsel for Quest 28 Millbury LLC)
Norman M. Monhait, Esquire
Rosenthal, Monhait & Goddess, PA
919 North Market Street, Suite 1401
Wilmington, DE 19899

**Hand Delivery**
(Counsel to Wells Fargo Retail Finance)
Mark D. Collins, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**Hand Delivery**
(Counsel for TBG State Street LLC)
Christopher P. Simon, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
PO Box 1380
Wilmington, DE 19899-1380

**Hand Delivery**
(Counsel to the Official Committee)}
Eric D. Schwartz, Esquire
Matthew B. Harvey, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
PO Box 1347
Wilmington, DE 19899-1347

**Hand Delivery**
(Counsel for Federal Realty Investment
Trust)
Tobey M. Daluz, Esquire
Leslie Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Vornado Realty Trust)
Victoria A. Guilfoyle, Esquire
Blank Rome
1201 Market Street
Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Syms)
Evelyn J. Meltzer, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Men's Wearhouse, Inc.)
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Mark D. Olivere, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Hanesbrands Inc.)
Kevin J. Mangan, Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

**First Class Mail**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

**First Class Mail**
Attn: Insolvency
Internal Revenue Service
1352 Marrows Road, 2nd Floor
Newark, DE 19711-5445

**First Class Mail**
Mark Schonfeld, Esq.
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**First Class Mail**
Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

**First Class Mail**
(Counsel to Wells Fargo Retail Finance)
Donald E. Rothman, Esquire
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

**First Class Mail**
(Abacus Advisors)
Alan Cohen, CRO
Abacus Advisors
10 Reuten Drive
Closer, NJ 07624

**First Class Mail**
Mark McDermott, Esquire
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 1003

**First Class Mail**
(Counsel to Official Committee)
Lawrence Gottlieb, Esquire
Cathy Hershcopf, Esquire
Jeffrey L. Cohen, Esquire
Cooley Godward Kronish LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798

**First Class Mail**
)
Scott Rusczyk
Buxbaum Group
28720 Canwood Street, Suite 108
Agoura Hills, CA 91301

**First Class Mail**
(Counsel for Blank Aschkenasy Properties, Inc.)
Jeffrey Kurtzman, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
260 S. Broad Street
Philadelphia, PA 19102

**First Class Mail**
(Counsel for Simon Property Group, Inc.)
Ronald M. Tucker, Esquire
225 West Washington Street
Indianapolis, IN 46204

**First Class Mail**
(Counsel for Quest 28 Millbury LLC)
Gilbert Backenroth, Esquire
James P. Laughlin, Esquire
Hahn & Hessen, LLP
488 Madison Avenue, 15th Floor
New York, NY 10022

**First Class Mail**
(Counsel for DSW, Inc)
Lee D. Powar, Esquire
Lawrence E. Oscar, Esquire
Nancy A. Valentine, Esquire
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114

**First Class Mail**
(Counsel for Polo Ralph Lauren and Developers Diversified Realty Corp)
James S. Carr, Esquire
Robert L. LeHane, Esquire
Gilbert R. Saydah, Jr., Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**First Class Mail**
(Counsel for Crown FB Acquisition LLC)
Arthur J. Steinberg, Esquire
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

**First Class Mail**
(Counsel for Constellation NewEnergy, Inc.)
Bruce J. Ruzinsky, Esquire
D. Elaine Conway, Esquire
Jackson Walker L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010

**First Class Mail**
(Counsel for Constellation NewEnergy, Inc.)
Heather M. Forrest, Esquire
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75020

**First Class Mail**
(Counsel for Lockwood Retail, LLC)
Irving Walker, Esquire
Stuart A. Cherry, Esquire
Cole, Schotz, Meisel, Forman & Leonard P.A.
300 East Lombard Street, Suite 2000
Baltimore, MD 21202

**First Class Mail**
(Counsel for Henry Doneger Associates, Inc.)
Patrick M. Birney, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

**First Class Mail**
(Counsel to Pension Benefit Guaranty Corporation)
Deborah J. Bisco, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC 20005-4026

**First Class Mail**
(Special Counsel to the Debtors)
Reginald W. Jackson, Esquire
John B. Weimer, Esquire
Vorys, Sater, Seymour and Pease LLP
PO Box 1008
52 East Gay Street
Columbus, OH 43216

**First Class Mail**
(Counsel for Grosvenor International Limited, BBCAF-VRC, LLC and CB Richard Ellis, Inc.)
Robert D. Tepper, Esquqire
Schenk, Annes, Brookman & Tepper, Ltd.
311 S. Wacker Drive, Suite 5125
Chicago, IL 60606

**First Class Mail**
(Counsel for 620 Owner One LLC)
Michael S. Fox, Esquire
Olsham Grundman Frome Rosenzweig & Woloskym, LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022

**First Class Mail**
(Counsel for Teachers Insurance and Annuity Association of America)
Christine D. Lynch, Esquire
Peter D. Bilowz, Esquire
Goulston & Storrs, P.C,
400 Atlantic Avenue
Boston, MA 02110

**First Class Mail**
(Counsel for Developers Diversified Realty Corporation)
Eric C. Cotton, Esquire
Developers Diversified Realty Corporation
3300 Enterprise Parkway
PO Box 228042
Beachwood, OH 44122

**First Class Mail**
(Counsel for Equitable Gas Company, LLC)
James Wallace, Esquire
Griffith, McCague & Wallace, P.C.
The Gulf Tower, 38th Floor
707 Grant Street
Pittsburgh, PA 15219

**First Class Mail**
(Equitable Gas Company, LLC)
Equitable Gas Bankruptcy Department
Attn: Judy Gawlowski
200 Allegheny Center Mall
Pittsburgh, PA 15212

**First Class Mail**
(Counsel for Federal Realty Investment Trust)
David L. Pollack, Esquire
Jeffrey Meyers, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
Mellon Bank Center – 51st Floor
1735 Market Street
Philadelphia, PA 19103

**First Class Mail**
(Counsel for TBG State Street LLC)
Mark E. Leipold, Esquire
Gould & Ratner LLP
222 North LaSalle Street, Suite 800
Chicago, IL 60601-1086

**First Class Mail**
(Counsel for E&A/I&G Lenox Marketplace Limited Partnership)
Heather D. Dawson, Esquire
Kitchens Kelley Gaynes, P.C.
11 Piedmont Center, Suite 900
3495 Piedmont Road, N.E.
Atlanta, GA 30305

**First Class Mail**
(IBM Corporation)
Vicky Namken
Bankrupcty Coordinator
IBM Corporation
13800 Diplomat Drive
Dallas, TX 75234

**First Class Mail**
(tw telecom inc.)
Linda Boyle
tw telecom, inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

**First Class Mail**
Connecticut/DeSales Partnership
c/o The Lenkin Company Mgmt
4922 A St. Elmo Avenue
Bethesda, MD 20814

**First Class Mail**
Teacher's Insurance & Annuity Assoc of America – CREA
Att: Managing Director, Mortgage and Real Estate
730 Third Avenue
New York, NY 10017

**First Class Mail**
Murray Klein, Stanley Zabar & Saul Zabar
c/o Lori Zee Corporation
2270 Broadway
New York, NY 10024

**First Class Mail**
Sofia Brothers
475 Amsterdam Avenue
New York, NY 10024

**First Class Mail**
Marvin M. Glick
Sole Manager
Needham Street Acquisitions LLC
c/o Paragon Properties
75 Second Avenue, Suite 540
Needham, MA 02494

**First Class Mail**
201 Needham Street LLC
217 West Central Street
Natick, MA 01760

**First Class Mail**
JLP-Harvard Park, LLC
1798 Frebis Avenue
Columbus, OH 43206-0410

**First Class Mail**
Jubilee Limited Partnership
1798 Frebis Ave.
Columbus, OH 43206

**First Class Mail**
4 US LLC
c/o Vornado Realty Trust
210 Route 4 East
Paramus, NJ  07652

**First Class Mail**
Teachers Insurance and Annuity Association
of America
c/o CB Richard Ellis-N.E. Partners, LP
501 Boylston Street
Boston, MA  02116

**First Class Mail**
TBG State Street LLC
c/o CB Richard Ellis Inc
311 S Wacker Dr, 4th Floor
Chicago, IL  60606

**First Class Mail**
Grosvenor International (American
Freeholds)/BBCAF-VRC
c/o CBRE
One Magnificent Mile
980 N. Michigan Avenue, Suite 1199
Chicago, IL  60611

**First Class Mail**
Grosvenor International (American
Freeholds)/BBCAF-VRC
c/o Gary Robinson
1701 Pennsylvania Avenue, Suite 1050
Washington, DC  20006

**First Class Mail**
Press Building LLC
1001 G Street, NW   Suite 700-W
Washington, DC  20001

**First Class Mail**
Manhasset Venture LLC (Kimco)
3333 New Hyde Park Road
New York, NY  11042

**First Class Mail**
Street Retail Inc.
1626 East Jefferson Street
Rockville, MD  20852-4041

**First Class Mail**
CF 620 Owner One LLC
c/o Newmark Knight Frank
125 Park Avenue
New York, NY  10017

**First Class Mail**
426 Washington St. Owner LLC
(Vornado Realty Trust)
210 Route 4 East
Paramus, NJ  07652

**First Class Mail**
Federal Realty - Mid Pike Plaza
1626 E Jefferson Street
Rockville, MD  20852-4041

**First Class Mail**
Simon Property Group
225 West Washington Street
Indianapolis, IN  46204

**First Class Mail**
Purity Supreme Inc (Subsidiary of Stop &
Shop)
PO Box 55888
Boston, MA  02205-5888

**First Class Mail**
JG Elizabeth, LLC
c/o Glimcher Properties LP
180 E. Broad Street, 20th Floor
Columbus, OH  43215

**First Class Mail**
Vornado Bergen Mall, LLC
210 Route 4 East
Paramus, NJ  07652

**First Class Mail**
Lenox Marketplace
c/o E & A/I & G Lenox Marketplace LP
PO Box 528
Columbia, SC 29202

**First Class Mail**
Lockwood Retail, LLC
c/o Davis D. Brown Enterprises
100 Painters Mill Road, Suite 900
Owings Mills, MD 21117

**First Class Mail**
Quest 28 Millbury Street, LLC
Quest 28 Millbury LLC
670 White Plains Road, Suite 305
Scarsdale, NY 10583

**First Class Mail**
Corporate Drive Corporation
Riggs Bank NA as Trustee of M E P T
3145 M Street, NW
Washington, DC 20007

**First Class Mail**
East Baltimore
Tod H. Friedman, Esquire
1800 Moler Road
Columbus, OH 43207

**First Class Mail**
(Counsel for Vornado Realty Trust)
Gary L. Kaplan, Esquire
Peter B. Siroka, Esquire
Fried Frank
One New York Plaza
New York, NY 10004

**First Class Mail**
(Counsel for Syms)
Kenneth A. Rosen, Esquire
Mary E. Seymour, Esquire
Thomas A. Pitta, Esquire
Mary Seymour, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**First Class Mail**
(Counsel for Rock Creek 3700 Ironwood,
LLC and Realty Management Company)
Mitchell B. Weitzman, Esquire
Bean, Kinney & Korman, P.C.
2300 Wilson Blvd., 7th Floor
Arlington, VA 22201

**First Class Mail**
(UCC-1 filed)
Linda Hyland
Leasenet Group, LLC
2361 Morse Rd (NC1N07)
Columbus, OH 43229

**First Class Mail**
(UCC-1 filed)
National City Business Credit, Inc.
Collateral Agent
National City Center
1900 East Ninth Street
Cleveland, OH 44114-3484

**First Class Mail**
(UCC-1 filed)
National City Business Credit, Inc.
1965 E. Sixth Street
Cleveland, OH 44114

**First Class Mail**
(UCC-1 filed)
DSW Inc.
4150 East Fifth Avenue
Columbus, OH 43219

**First Class Mail**
(UCC-1 filed)
Perfumania
fka Scents of Worth, Inc.
251 International Parkway
Sunrise, FL 33325

**First Class Mail**
(Counsel for Mary Ellen Connor)
Robert J. Quigley, Jr., Esquire
McKenney, Quigley, Izzo & Clarkin, LLP
The Irons & Russell Building
95 Chestnut Street, 6th Floor
Providence, RI 02903

**First Class Mail**
(Counsel for Men's Wearhouse, Inc.)
Charles A. Dale III, Esquire
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111

**First Class Mail**
(The Seaport Group LLC)
Scott Friedberg
The Seaport Group, LLC
360 Madison Avenue, 22nd Floor
New York, NY 10017

**First Class Mail**
(Counsel for Lennox National Account
Services, LLC fka Industrial Building
Services, LLC)
Peter C. Lewis, Esquire
Jamie Seaberry, Esquire
Adorno Yoss White & Wiggins, L.L.P.
Bank of America Plaza
901 Main Street, Suite 6200
Dallas, TX 75020

**First Class Mail**
(Counsel for Hanesbrands Inc.)
Julie B. Pape, Esquire
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101