IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FB Liquidating Estate,[1] | ) | Case No. 09-11525 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket No. 524** |

## NOTICE OF BAR DATES FOR FILING PROOFS OF CLAIM

TO: ALL CREDITORS AND OTHER PARTIES IN INTEREST WITH CLAIMS AGAINST THE ABOVE-CAPTIONED DEBTORS

**PLEASE TAKE NOTICE** that on June 21, 2009, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an Order (the "Bar Date Order") in the chapter 11 cases (the "Cases") of the above-captioned debtors and debtors in possession (the "Debtors") in accordance with Bankruptcy Rule 3003(c) fixing:

a. The date falling sixty (60) days after service of this notice, that being **September 28, 2009, at 4:00 p.m.** prevailing Eastern time (the "Prepetition Claims Bar Date") as the last day for the filing of proofs of claim in these Cases for all claims against the Debtors arising prior to May 4, 2009 (the "Petition Date");

b. **November 2, 2009, at 4:00 p.m.** prevailing Eastern time (the "Governmental Unit Bar Date") as the last day for all governmental units, as defined in section 101(27) of the Bankruptcy Code, to assert claims arising before the Petition Date;

c. The date falling sixty (60) days after service of this notice, that being **September 28, 2009, at 4:00 p.m.** prevailing Eastern time (the "Administrative Claims Bar Date") as the last day for all parties asserting a request for payment of administrative claims (i) arising between the Petition Date and July 31, 2009 – other than claims for fees and expenses of professionals retained in these proceedings and members of the Committee – and (ii) arising under Section 503(b)(9) of the Bankruptcy Code, to file a request for payment of such administrative expense;

d. The date falling sixty (60) days after service of this notice, that being **September 28, 2009, at 4:00 p.m.** prevailing Eastern time (the "WARN Act Claims Bar Date") as the last day for the filing proofs of claim arising prior to July 31, 2009, against the Debtors'

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: FB Liquidating Estate (8237); FB Services LLC (7224); and FB Leasing Services LLC (7228). The address for all Debtors is 25 Corporate Drive, Suite 400, Burlington, MA 01803.

estates predicated on the Worker Adjustment and Retraining Notification Act or any other similar state law worker notification statute arising prior to July 31, 2009; and

e. The later of the date falling sixty (60) days after service of the Bar Date Notice or thirty (30) days after the entry of an order authorizing rejection as the deadline (the "Rejection Claims Bar Date") for proofs of claim based on the rejection of an executory contract or unexpired lease, pursuant to section 502(g) of the Bankruptcy Code and Bankruptcy Rule 3002(c)(4).

All claims subject to deadlines fixed by the Bar Date Order (each a "Claim"), except as otherwise provided for or specifically excepted herein, shall be filed with Epiq Bankruptcy Solutions, LLC (the "Claims Agent") on or before the relevant deadline fixed by the Bar Date Order. Claims can by filed by sending a proof of claim to the following addresses:

<u>If by First-Class Mail</u>:
FB Liquidating Estate (f/k/a Filene's Basement, Inc.) Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5012
New York, NY 10150-5012

<u>If by Hand Delivery or Overnight Mail</u>:
FB Liquidating Estate (f/k/a Filene's Basement, Inc.) Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

All proofs of claim must (i) substantially comply with Official Bankruptcy Form B10, included herewith; (ii) be written in the English language; (iii) be denominated in lawful currency of the United States as of the Petition Date; (iv) have attached to it copies of any writing upon which the claim is based in accordance with Bankruptcy Rules 3001(c) and 3001(d);[2] (v) be originally executed; and (vi) identify the Debtor against which the claim is asserted. **Proofs of claim that are sent by facsimile, telecopy, or e-mail will not be accepted.**

**The following claims are excepted from the provisions of the Bar Date Order** (the "Excepted Claims") and are not required to be filed on or before the bar dates set out above:

a. Claims already duly filed in these cases with the Claims Agent, or with the Clerk of the Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801;

b. Claims listed in the Debtors' Schedules, <u>if</u> the claimant does not dispute the amount or manner in which its claim is listed in the Schedules or the nature of the claim <u>and</u> if such claim is not

---

[2] Bankruptcy Rule 3001(c) requires as follows: "When a claim, or an interest in property of the debtor securing the claim, is based on a writing, the original or a duplicate shall be filed with the proof of claim. If the writing has been lost or destroyed, a statement of the circumstances of the loss or destruction shall be filed with the claim" Bankruptcy Rule 3001(d) requires that "[i]f a security interest in property of the debtor is claimed, the proof of claim shall be accompanied by evidence that the security interest has been perfected."

designated therein as "contingent," "unliquidated," "subject to adjustment," "disputed," "unknown," or assigned a zero amount;[3]

  c. Claims of professionals retained by the Debtors or the Official Committee of Unsecured Creditors who assert administrative claims for fees and expenses subject to the Court's approval pursuant to sections 330, 331, and 503(b) of the Bankruptcy Code;

  d. Claims that have been paid by the Debtors or have been otherwise satisfied; and

  e. Any claim for fees relating to these cases under 28 U.S.C. § 1930.

Should the Court, in the future, fix a date by which the Excepted Claims must be filed, you will be notified.

  Any proof of Claim required to be filed pursuant to the provisions of the Bar Date Order that are not filed on or before the relevant bar date listed above shall be **forever barred** from assertion against the Debtors and the property of the Debtors, and the holder of such Claim shall be forever barred from voting on any plan of reorganization filed in these cases or participating in any distribution in these cases, including any distribution made in a subsequent chapter 7 cases of the Debtors.

  The Debtors' Schedules and/or the Bar Date Order may be examined and inspected by interested parties during regular business hours at the office of the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, DE 19801 or at http://chapter11.epiqsystems.com/FBI.

  Any questions concerning this notice should be directed to Epiq Bankruptcy Solutions, LLC, at 646.282.2400, or through its website at http://chapter11.epiqsystems.com; or to the Debtors' counsel, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19899, Attention: Laura Davis Jones or by calling 302.652.4100.

*[Remainder of Page Intentionally Left Blank]*

---

[3] Creditors wishing to rely on the Schedules are responsible for determining that their Claims are accurately listed therein.

This notice may have been sent inadvertently to people or entities that do not have a claim against any of the Debtors. Accordingly, the fact that you have received this notice does not mean that you have a claim, or that the Debtors or the Bankruptcy Court concede that you have a claim.

Dated: July 21, 2009

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Michael R. Seidl (Bar No. 3889)
Joshua M. Fried (CA Bar No. 181541)
Mark M. Billion (DE Bar No. 5263)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
mseidl@pszjlaw.com
jfried@pszjlaw.com
mbillion@pszjlaw.com

Counsel to Debtors and Debtors in Possession