IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FB Liquidating Estate,[1] | ) | Case No. 09-11525 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No. 681 + 7/7** |

## ORDER APPROVING THE EXTENSION AND MODIFICATION AGREEMENT BETWEEN THE DEBTORS. AND DSW, INC.

Upon consideration of the motion ("Motion")[2] of the above-referenced debtors and debtors in possession (the "Debtors") in the above-captioned Chapter 11 cases (the "Chapter 11 Cases") for the entry of an order (the "Order"), pursuant to section 363 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), approving the Agreement; and it appearing that the relief requested is in the best interest of the Debtors' estate, its creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and due and adequate notice of the Motion having been given under the circumstances; and after due deliberation and cause appearing therefore; and whereas the terms and provisions of the Agreement are consented to by the Debtors and the Committee; and whereas find the Agreement is a valid exercise of the Debtors' business judgment; it is hereby:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: FB Liquidating Estate (8237); FB Services LLC (7224); and FB Leasing Services LLC (7228). The address for all Debtors is 25 Corporate Drive, Suite 400, Burlington, MA 01803.

[2] All capitalized terms not otherwise defined herein are defined in accordance with their usage in the Motion and/or the Stipulation.

**Error! Unknown document property name.**

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Agreement is approved; and it is further

ORDERED that the Debtors are permitted to enter into, and perform according to, the Agreement; and it is further

ORDERED that that the provisions of the Agreement as it pertains to the Debtors (a) are authorized and proper under the Bankruptcy Code and any other applicable law and (b) are binding on, and shall not be subject to avoidance, disgorgement, or challenge by any party-in-interest in the Chapter 11 Cases or any successor cases, including, without limitation, any trustee appointed pursuant to either Chapter 7 or Chapter 11 of the Bankruptcy Code or any examiner (with expanded statutory powers or otherwise) appointed pursuant to the Bankruptcy Code; and it is further

ORDERED that the Debtors are authorized and empowered to take any necessary actions to implement and effectuate the terms of this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation or the implementation of the Agreement and this Order.

Dated: Oct. 15 , 2009

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge