IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FB LIQUIDATING ESTATE, INC., *et al.*,[1] | ) | Case No. 09-11525 (MFW) |
|  | ) |  |
|  | ) |  |
| Debtors. | ) |  |
|  | ) | **Related to Docket No. 679** |

**ORDER GRANTING THE DEBTORS' MOTION FOR AN
ORDER APPROVING A LIMITED COMPENSATION
PLAN AND AUTHORIZING PAYMENTS THEREUNDER**

This matter came before the Court on the *Debtor's Motion for an Order*

*Approving a Limited Compensation Plan and Authorizing Payments Thereunder* (the "Motion"),

filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors").[2]

The Court having reviewed the Motion, finds that (a) the Court has jurisdiction over this matter

pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C.

§ 157(b)(2), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C.

§§1408 and 1409, and (d) notice of the Motion was sufficient under the circumstances, and the

Court having determined that the legal and factual bases set forth in the Motion establish cause

for the relief granted herein and it appearing that the relief requested is in the best interest of the

Debtors, their estates, creditors, and other parties in interest;

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: FB Liquidating Estate, Inc. (f/k/a Filene's Basement, Inc.) (8237); FB Services LLC (7224); and FB Leasing Services LLC (7228).

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors are authorized, in their sole discretion, to implement the Compensation Plan.

3. The Debtors are authorized, in their sole discretion, to make the payments provided for by the Compensation Plan to the Eligible Former Employees in the amounts set forth in the Compensation Plan that was attached as Exhibit A to the Motion.

4. This Court shall retain jurisdiction over all matters set forth in the Motion, including the entitlement of any party to any payment pursuant to the Compensation Plan.

Dated: Oct 15, 2008

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge