# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

In re:                                    )    Chapter 11
                                          )
FB Liquidating Estate,[1]                 )    Case No. 09-11525 (MFW)
                                          )    Jointly Administered
                          Debtors.        )
                                          )    **Re: Docket No. 632**

### ORDER GRANTING DEBTORS' MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 1121(D) EXTENDING THE TIME PERIODS DURING WHICH THE DEBTORS HAVE THE EXCLUSIVE RIGHT TO FILE A PLAN AND SOLICIT ACCEPTANCES THERETO

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in

possession (collectively, the "Debtors") for entry of an order pursuant to section 1121(d) of the

Bankruptcy Code extending the Exclusive Periods in which to file a chapter 11 plan and to solicit

acceptances thereof; and it appearing that this Court has jurisdiction over this matter pursuant to

28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to

28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper in

this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion

having been given; and after due deliberation and it appearing that sufficient cause exists for

granting the requested relief; and that the relief requested under the Motion is in the best interests

of the Debtors' estates and creditors; it is hereby

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: FB Liquidating Estate (8237); FB Services LLC (7224); and FB Leasing Services LLC (7228).  The address for all Debtors is 25 Corporate Drive, Suite 400, Burlington, MA 01803.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Debtors' Exclusive Filing Period is extended through and including November 30, 2009; and it is further

ORDERED that the Debtors' Exclusive Solicitation Period is extended through and including January 28, 2010; and it is further

ORDERED that this Order is without prejudice to the Debtors' rights to seek additional extensions of the Exclusive Filing Period and the Exclusive Solicitation Period and is without prejudice to the right of any party to object to any such further extensions; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: _Oct ,15_____, 2009

Honorable Mary F. Walrath
United States Bankruptcy Judge