# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FB LIQUIDATING ESTATE,[1] | ) | Case No. 09-11525 (MFW) |
| | ) | |
| Debtors. | ) | |

## STIPULATION (I) PROVIDING MARY ELLEN CONNOR LIMITED RELIEF FROM THE AUTOMATIC STAY TO PURSUE STATE COURT ACTION AGAINST FB LIQUIDATING ESTATE AND RECOVER SOLELY FROM AVAILABLE INSURANCE PROCEEDS; AND (2) WAIVER OF RECOVERY OF CONNOR'S CLAIM AGAINST THE DEBTORS AND THEIR ESTATES

### Recitals

A. On September 4, 2008, Mary Ellen Connor ("Connor") was allegedly injured in a fall on premises alleged to be owned by Debtor FB Liquidating Estate ("FB") in Newton, Massachusetts.

B. Connor desires to commence an action in Massachusetts state court (the "State Court") solely to recover against any applicable insurance proceeds (the "State Court Action").

C. On May 4, 2009 (the "Petition Date"), FB and the other above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: FB Liquidating Estate (8237); FB Services LLC (7224); and FB Leasing Services LLC (7228). The address for all Debtors is 25 Corporate Drive, Suite 400, Burlington, MA 01803.

28189-001\DOCS_SF:67806.3

D.  The prosecution of the State Court Action is stayed on the Petition Date pursuant to the operation of the automatic stay set forth in section 362(d) of the Bankruptcy Code.

E.  On July 21, 2009, the Bankruptcy Court entered that certain *Order (A) Fixing the Procedures and Deadlines to File Proofs of Claim, (B) Approving the Form and Manner of Notice of Bar Dates, and (C) Granting Related Relief [Docket No. 524]* (the "Bar Date Order"). Pursuant to the Bar Date Order, September 28, 2009, was set as the deadline for filing general unsecured claims against the Debtors.

F.  On August 5, 2009, Connor filed a proof of claim (the "Claim") in FB's chapter 11 case for $135,000.

G.  Subsequent to the filing of the Claim, counsel for Debtors contacted counsel for Connor, and, as a result of such communications, the parties were able to agree upon the terms set forth herein (the "Stipulation") for providing Connor with limited relief from the automatic stay to prosecute the State Court Action and recover upon her Claim solely from any resulting insurance proceeds awarded therein.

ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE THAT:

### Agreement

1.  Connor shall have limited relief from the automatic stay pursuant to section 362(d) of the Bankruptcy Code to proceed with the State Court Action against FB, in order to collect upon on any judgment Connor may obtain against FB in such action solely from the proceeds of any applicable insurance coverage, provided that: (a) nothing contained herein

2

shall be deemed a waiver of any rights or defenses to coverage of any insurer under any insurance policies issued to FB that may be implicated by the State Court Action; and (b) any self insured retention provisions of any such insurance policies shall remain in full force and effect, provided that the FB's estates shall have no obligation under any of the insurance policies to spend any money or incur any cost in defense of the State Court Action.

2.  Connor hereby waives her rights, if any, to any distribution from any of the Debtors' estates, and any right to collect from any of the Debtors' estates, with respect to the Claim, and agrees to limit any recovery she may obtain in the State Court Action to any available liability insurance proceeds which exceed any applicable self insured retention as set forth above.

3.  Except as otherwise expressly set forth herein, the automatic stay shall remain in full force and effect with respect to the Debtors and their estates.

4.  Except as otherwise expressly set forth herein, nothing contained herein shall alter, expand or in any way effect the parties' respective rights under the Bankruptcy Code and other applicable law.

5.  Each person signing this Stipulation, including but not limited to any person signing as counsel for a party, hereby represents and warrants that he or she has been duly authorized and has the requisite authority to enter into this Stipulation on behalf of and bind the party on whose behalf they so sign.

6.  This Stipulation was the product of negotiations between the parties and any rule of construction requiring that ambiguities are to be resolved against the drafting party shall not apply in the interpretation of this Stipulation.

3

7. The Bankruptcy Court shall retain exclusive jurisdiction over any issues arising from or relating to this Stipulation and its enforcement, and the State Court shall retain jurisdiction over the State Court Action.

8. This Stipulation shall be interpreted and construed in accordance with the provisions of the Bankruptcy Code and, where not inconsistent, the laws of the State of Delaware, without regard to Delaware's rules regarding conflict of laws.

9. This stipulation constitutes the entire agreement among the parties.

10. This stipulation may be executed by the Parties hereto in counterparts, each of which shall be deemed an original, and all of which together shall constitute the same instrument.

STIPULATED AND AGREED TO THIS 13th DAY OF NOVEMBER, 2009.

| PACHULSKI STANG ZIEHL & JONES LLP | HUDSON, JONES, JAYWORK & FISHER, LLC |
|---|---|
| *signature* | *signature* |
| Laura Davis Jones (Bar No. 2436) | Ronald Smith, Esquire (Bar No. 0969) |
| Curtis A. Hehn (Bar No. 4264) | 225 South State Street |
| 919 North Market Street, 17th Floor | Dover, DE 19901 |
| P.O. Box 8705 | Telephone: (302) 734-7401 |
| Wilmington, DE 19899-8705 (Courier 19801) | Facsimile: (302) 734-5532 |
| Telephone: (302) 652-4100 | |
| Facsimile: (302) 652-4400 | Counsel for Mary Ellen Connor |
| Counsel for Debtors and Debtors in Possession | |